## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOHNNY CALHOUN MCINVILLE IV,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,**<br><br>     **Defendants.** | **CIVIL ACTION NO.**<br><br>**1:24-cv-04984-TWT-CCB** |

## <u>NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC ONLY</u>

PLEASE TAKE NOTICE that Plaintiff Johnny Calhoun McInville IV and Defendant Trans Union, LLC have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal.

Dated: February 17, 2025

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland, Esq.
Joseph P. McClelland, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, I filed a true and correct copy of the foregoing Notice of Settlement with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland